IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANN WILDER, PH.D. | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:20-CV-40 |
| | § | |
| STEPHEN F. AUSTIN STATE UNIVERSITY | § § | |
| *Defendant* | § | JURY DEMANDED |

### PLAINTIFF'S NOTICE OF INTENT TO USE
### CERTIFIED DOMESTIC RECORDS OF A REGULARLY CONDUCTED ACTIVITY

Pursuant to Rule 902 of the *Federal Rules of Evidence*, Plaintiff Ann Wilder, Ph.D. files this Notice regarding her intent to use certain certified domestic records of a regularly conduct activity in the trial of this matter, which is currently scheduled to begin on August 16, 2021. *See* Doc. No. 50.

Plaintiff Ann Wilder, Ph.D. intends to use the certified records of Vicki Satir, M.D. during trial of this matter. The records have been previously produced in discovery to Defendant and Defendant's counsel and are Bates Labeled Wilder 002087 through Wilder 002337.

Respectfully submitted,

**FRANKLIN LAW FIRM, PLLC**

_____
**Tanner G.M. Franklin**
Texas Bar No. 24082506
tfranklin@tfranklinlawfirm.com
2528 Highway 103
Etoile, Texas 75944
(936) 854-3213 — Telephone
(888) 430-2559 — Fax

ATTORNEY FOR PLAINTIFF
ANN WILDER, PH.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 12th day of July, 2021.

Amy S. Hilton
Attorney-in-Charge
State Bar No. 24097834
Assistant Attorney General
Amy.hilton@oag.texas.gov

Matthew Bohuslav
State Bar No. 24097834
Assistant Attorney General
matthew.bohuslav@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-936-1162
Fax: 512-320-0667

**Tanner G.M. Franklin**