IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| ANN WILDER, PH.D., | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 9:20-CV-40 |
| | § |
| STEPHEN F. AUSTIN STATE | § |
| UNIVERSITY, | § |
| Defendant. | § |

# DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|
| ZACK HAWTHORN | | | Tanner Franklin | Amy Hilton<br>Matthew Bohuslav |
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
| August 16, 2021 | | | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES NUMBER |
|---|---|---|---|---|---|---|
| | 1 | | | | Policy 7.29: Tenure and Continued Employment (revised 2016) | D-002557-2565 |
| | 2 | | | | Policy 7.29: Tenure (revised 2011) | Wilder 001022-1015 |
| | 3 | | | | Third Year Pre-Tenure Review | Wilder 001907-1910 |
| | 4 | | | | Faculty Evaluation—First Year | Wilder 001140-1142 |
| | 5 | | | | Offer letter | Wilder 000769-771 |
| | 6 | | | | Complaints re: Dr. Wilder | D-000357-452 |
| | 7 | | | | Memo re: Harassment Investigation from Brian Murphy to Steven Bullard | Wilder 000168-187 |
| | 8 | | | | Jan. 23, 2018 Email from Dr. Wilder re: observation of SWK 500 | D-001954 |
| | 9 | | | | Memo from Dr. Oliphant to Dr. Avant | D-000394 |

|  | 10 |  |  |  | Annual Faculty Evaluation Sept. 1, 2016-Dec. 31, 2017 | D-000546-548 |
|---|---|---|---|---|---|---|
|  | 11 |  |  |  | Discrimination Complaints for Dr. Wilder | Wilder 000583-650 |
|  | 12 |  |  |  | Memo from Dr. Oliphant to Dr. Avant re: concern related to pre-tenure review | D-000394 |
|  | 13 |  |  |  | Dec. 2, 2016 Letter from student to Dr. Oliphant | D-000399-400 |
|  | 14 |  |  |  | Faculty Code of Conduct (revised January 29, 2019) | Wilder 002510-2512 |
|  | 15 |  |  |  | Email from Dr. Wilder to Dr. Avant re: 18-19 contract | D-001222-224 |
|  | 16 |  |  |  | Carlow University Agreement | Wilder 000456 |
|  | 17 |  |  |  | Letter from Dr. Bullard to Dr. Wilder re: appeal | Wilder 000076 |
|  | 18 |  |  |  | Letter from Dr. Murphy to Dr. Wilder re: non-reappointment | Wilder 000900 |
|  | 19 |  |  |  | Letter from Dr. Patillo to Drs. Murphy and Wilder with enclosure | D-000276-278 |
|  | 20 |  |  |  | Emails between Drs. Avant and Wilder re: Fall Reassignment | D-001163-65 |
|  | 21 |  |  |  | Faculty Contract 2018-2019 | D-000139 |
|  | 22 |  |  |  | Report of Findings and Recommendations from Dr. Bisping to Dr. Bullard | D-000346-356 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23 | | | | Letter from Dr. Bullard to Dr. Wilder re: Age and Gender Discrimination Complaint | D-000292 |
| | 24 | | | | Discrimination Review Board Written Recommendation | D-003193 |
| | 25 | | | | Emails re: David Justus | D-003672-3675 |
| | 26 | | | | Report of Findings and Recommendations from Dr. Murphy to Dr. Bullard re: Dr. Cooper's salary dispute | D-003678-3683 |
| | 27 | | | | Email between Dr. Avant, Marc Guidry, and Dr. Bullard re: salary | D-006970-6975 |
| | 28 | | | | Social Work budget spreadsheets | D-000798-800 |
| | 29 | | | | Policy 12.6 Faculty Compensation | D-007022-7025 |
| | 30 | | | | Faculty Compensation (E-71) (last revised April 17, 2012) | D-007018-7020 |
| | 31 | | | | Dr. Carbajal's Resume | D-002774-778 |
| | 32 | | | | Dr. Wilder's Resume | D-002822-2827 |
| | 33 | | | | Annual Faculty Evaluation AY 2014-15 | Wilder 000035-38 |
| | 34 | | | | Memo from Dr. Murphy to Dr. Bullard re: Third-Year Review | D-000552 |
| | 35 | | | | Notice of Non-Reappointment | D-000138 |
| | 36 | | | | Emails re: picking up 18-19 contract | D-000140-142 |
| | 37 | | | | Emails re: declining 18-19 contract | D-000143-144 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 38 | | | | Letter from President Westbrook to Dr. Wilder re: Discrimination Review Board findings | D-000323 |
| | 39 | | | | Dr. Oliphant Memo to Self | D-000325-326 |
| | 40 | | | | Discrimination Review Board Written Recommendation re: Age and Gender Discrimination Complaint | D-000453 |
| | 41 | | | | Carbajal Faculty Evaluation 15-16 | D-000623 |
| | 42 | | | | Carbajal Faculty Evaluation 2018 | D-000624-627 |
| | 43 | | | | Letter from Dr. Bullard to Dr. Wilder re: result of investigation | D-000785 |
| | 44 | | | | Memo from Dr. Oliphant to Dr. Bisping re: discrimination complaint | D-002541 |
| | 45 | | | | Tenure (E-50A) (last revised 2011) | D-002566-2573 |
| | 46 | | | | Policy 2.11 Discrimination Complaints/Sexual Harassment (last revised 2015) | D-002574-2582 |
| | 47 | | | | Policy 2.11 Discrimination Complaints (last revised Jan. 2016) | D-002583-589 |
| | 48 | | | | Policy 2.11 Discrimination Complaints (last revised July 2015) | D-002599-2605 |
| | 49 | | | | Committee Summary Pre-Tenure Form: Departmental Level | Wilder 001403-04 |
| | 50 | | | | Course Evaluation Report | Wilder 001748-1788 |
| | 51 | | | | Communications to Dr. Oliphant re: Dr. Wilder | Wilder 000019-34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 52 | | | | Dr. Oliphant's notes re: student complaint | Wilder 000082 |
| | 53 | | | | Emails to Dr. Oliphant re: concerns | Wilder 000022-24 |
| | 54 | | | | Email to Dr. Avant re: student concern | Wilder 001072 |
| | 55 | | | | Letter from Kristin Wallace | Wilder 001210 |
| | 56 | | | | Emails to Dr. Oliphant re: concerning issues in SWK 58 | Wilder 001217 |
| | 57 | | | | Email to Dr. Oliphant re: Concerns | Wilder 001221 |
| | 58 | | | | Email from K. Belanger to Dr. Oliphant re: concern | Wilder 001229 |
| | 59 | | | | Email from W. De La Cruz to Dr. Oliphant re: 9/16/15 | Wilder 001231 |
| | 60 | | | | Faculty Contract AY 15-16 | Wilder 000772 |
| | 61 | | | | Faculty Contract AY 16-17 | Wilder 000773 |
| | 62 | | | | Faculty Contract AY 17-18 | Wilder 000889 |
| | 63 | | | | SFA Org Chart | Wilder 002060 |
| | 64 | | | | Memo from Dr. Bullard to Dr. Berry re: Kronrad Investigation | D-004038-4041 |
| | 65 | | | | Plaintiff's Objections and Responses to Defendant's Second Set of Interrogatories | |

Dated: July 12, 2021

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
State Bar No. 24097834
amy.hilton@oag.texas.gov
**MATTHEW BOHUSLAV**
Assistant Attorney General
State Bar No. 24069395
matthew.bohuslav@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**Attorneys for Defendant**

### CERTIFICATE OF SERVICE

I certify that on July 12, 2021 the foregoing document was filed via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General