# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| ANN WILDER, PH.D. | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:20-CV-40 |
| | § | |
| STEPHEN F. AUSTIN STATE | § | |
| UNIVERSITY | § | |
| *Defendant* | § | JURY DEMANDED |

## PLAINTIFF'S NOTICE OF SUBMISSION OF AN AMENDED EXHBIT LIST

Plaintiff, Ann Wilder, Ph.D. ("Dr. Wilder"), files Notice of Submission of an Amended Exhibit List. After considering the Court's rulings on the summary judgement motions, reviewing Defendant's objections, and preparing for trial, Plaintiff is removing the following exhibits from her Exhibit List (Doc. No. 69-2):

- Exhibit 8;
- Exhibit 34;
- Exhibit 39;
- Exhibits 51-54;
- Exhibit 85;
- Exhibit 86; and
- Exhibit 87.

No exhibits are being added. Plaintiff informed Defendant that she would be me removing the above listed exhibits by letter on August 10, 2021.

Plaintiff's Amended Exhibit List is attached to this Notice. Plaintiff is not renumbering her proposed exhibits in order to avoid unnecessary confusion at pre-trial. The removed exhibits now say "Intentionally Blank" on the Amended Exhibit List.

Respectfully submitted,

**FRANKLIN LAW FIRM, PLLC**

_____
**Tanner G.M. Franklin**
Texas Bar No. 24082506
tfranklin@tfranklinlawfirm.com
2528 Highway 103
Etoile, Texas 75944
(936) 854-3213 — Telephone
(888) 430-2559 — Fax

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 12th day of August, 2021.

Amy S. Hilton
Attorney-in-Charge
State Bar No. 24097834
Assistant Attorney General
Amy.hilton@oag.texas.gov

Mathew Bohuslav
State Bar No. 24097834
Assistant Attorney General
matthew.bohuslav@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-936-1162
Fax: 512-320-0667

_____
**Tanner G.M. Franklin**