# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    TEXAS

| | |
|---|---|
| Ann Wilder, Ph.D.<br>V.<br>Stephen F. Austin State University | **PLAINTIFF'S AMENDED EXHIBIT LIST**<br><br>Case Number:  9:20-CV-40 |

| PRESIDING JUDGE<br>ZACK HAWTHORN | PLAINTIFF'S ATTORNEY<br>Tanner G.M. Franklin | DEFENDANT'S ATTORNEY<br>Amy S. Hinton |
|---|---|---|
| TRIAL DATE (S)<br>August 16, 2021 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | SFA Org Chart |
| 2 | | | | | Emails re Carbajal Salary |
| 3 | | | | | Avant Form re Carbajal Salary |
| 4 | | | | | June 19, 2018 Discrimination Complaint |
| 5 | | | | | Budget Information for Social Work 16-17 and 17-18 |
| 6 | | | | | Doty Email to Bullard re Wilder Complaint (dated 6-21-18) |
| 7 | | | | | Bullard Email Assigning Bisping to Investigate Wilder Complaint (dated 6-22-18) |
| 8 | | | | | *Intentionally Blank* |
| 9 | | | | | Wilder Terminal Contract |
| 10 | | | | | Bisping Email to Bullard with Report (dated 8-1-18) |
| 11 | | | | | Bisping Report w/ DOBs redacted (dated 8-1-18) |
| 12 | | | | | Bullard Letter Accepting Bisping Findings (dated 8-2-18) |
| 13 | | | | | Wilder Email Appealing Bisping Findings (dated 8-8-18) |
| 14 | | | | | Murphy Non-Appointment Letter (dated 8-8-18) |
| 15 | | | | | Oliphant Notes re Wilder Contract (dated 8-16-18) |
| 16 | | | | | Wilder Email re Appeal Terminal Contract (dated 8-21-18) |
| 17 | | | | | Avant Emails re Reassignment (dated 8-21-18) |
| 18 | | | | | Avant Emails re Reassignment (dated 8-23-18) |
| 19 | | | | | Wilder Emails re Retaliation and Appeal (dated 8-22-18 and 8-31-18) |
| 20 | | | | | Wilder Resignation Email (dated 8-23-18) |
| 21 | | | | | DRB Recommendation denying Wilder Appeal (dated 11-7-18) |
| 22 | | | | | Doty Email to Westbrook re Wilder Appeal Denial (dated 12-17-18) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | | | | | | Westbrook Ltr. Affirming DRB (Dated 1-14-19) |
| 24 | | | | | | Wilder Pre-Tenure Memo (dated 2-22-17) |
| 25 | | | | | | Oliphant Letter of Support re Wilder Tenure (dated 10-10-16) |
| 26 | | | | | | Wilder Pre-Tenure Committee Docs Department |
| 27 | | | | | | Wilder Pre-Tenure Committee Docs College |
| 28 | | | | | | Wilder Fall 2014 Evaluation from Avant (dated 2-17-15) |
| 29 | | | | | | Wilder 2014-2015 Evaluation (dated 12-18-15) |
| 30 | | | | | | Wilder 2016 Eval from Avant (dated 2-21-16) |
| 31 | | | | | | Wilder 2015-2016 Evaluation (dated 1-12-17) |
| 32 | | | | | | Wilder 2017 Eval from Avant (dated 3-22-17) |
| 33 | | | | | | Wilder 2016-2017 Evaluation (dated 4-6-18) |
| 34 | | | | | | *Intentionally Blank* |
| 35 | | | | | | Wilder 2014 Contract |
| 36 | | | | | | Wilder 2015 Contract (dated 7-29-15) |
| 37 | | | | | | Wilder 2016 Contract (dated 7-27-16) |
| 38 | | | | | | Wilder 2017 Contract (dated 7-26-17) |
| 39 | | | | | | *Intentionally Blank* |
| 40 | | | | | | 6 Student Complaints-Redacted (dated 11-2-17) |
| 41 | | | | | | 6 Student Complaints (dated 11-2-17) |
| 42 | | | | | | Murphy Email to Bullard with Report (dated 1-24-18) |
| 43 | | | | | | Murphy Report (dated 1-25-18) |
| 44 | | | | | | Avant email to Bullard re Wilder Reassignment |
| 45 | | | | | | Avant email to Wilder re Library Office (dated 2-15-18) |
| 46 | | | | | | Wilder Reassignment Letter (Dated 2-5-18 and 2-9-18) |
| 47 | | | | | | Wilder Grievance re Oliphant |
| 48 | | | | | | Witness List for DRB Hearings |
| 49 | | | | | | Pattillo Letter re DRB Findings (dated 5-10-18) |
| 50 | | | | | | Murphy Email to Students (dated 6-20-18) |
| 51 | | | | | | *Intentionally Blank* |
| 52 | | | | | | *Intentionally Blank* |
| 53 | | | | | | *Intentionally Blank* |
| 54 | | | | | | *Intentionally Blank* |
| 55 | | | | | | Policy 7.29 Tenure |
| 56 | | | | | | Policy 11.14 FLSA |

| | | | | | |
|---|---|---|---|---|---|
| 57 | | | | | Policy 2.11 Discrimination |
| 58 | | | | | Policy 7.11 Faculty Code of Conduct |
| 59 | | | | | Policy 7.25 Faculty Disagreements |
| 60 | | | | | Policy 7.22 Faculty Performance |
| 61 | | | | | Policy 1.6 Policy Development |
| 62 | | | | | Policy 12.6 Faculty Compensation |
| 63 | | | | | Complaints against Kronrad |
| 64 | | | | | Bullard Report re Kronrad |
| 65 | | | | | Bullard Letter to Students re Kronrad |
| 66 | | | | | Kronrad Emeritus Memo (dated May 26, 2020) |
| 67 | | | | | Scognamillo Letter Recommending Kronrad |
| 68 | | | | | Guidry Email re Cooper |
| 69 | | | | | Notes re Cooper |
| 70 | | | | | Notes re Cooper 2 |
| 71 | | | | | Murphy Report on Cooper |
| 72 | | | | | Wilder Medical Records from Dr. Vicki Satir |
| 73 | | | | | Picture of Dr. Wilder's Children |
| 74 | | | | | Picture of Dr. Wilder's Mother |
| 75 | | | | | CV of Tom W. Glass |
| 76 | | | | | Report of Tom W. Glass |
| 77 | | | | | Wilder Original CV |
| 78 | | | | | UNT Letter re Wilder Degree (dated 1-7-16) |
| 79 | | | | | Carbajal Original CV |
| 80 | | | | | Carbajal Position Posting |
| 81 | | | | | Carbajal 2019 Contract |
| 82 | | | | | Oliphant Memo to Bisping |
| 83 | | | | | Murphy Email re Due Process |
| 84 | | | | | Carlow Contract (dated 8-17-18 and signed 8-23-18) |
| 85 | | | | | *Intentionally Blank* |
| 86 | | | | | *Intentionally Blank* |
| 87 | | | | | *Intentionally Blank* |
| 88 | | | | | SFA Response to the EEOC |
| 89 | | | | | SFA Supplemental Response to EEOC |

| | | | | | |
|---|---|---|---|---|---|
| 90 | | | | | Derrick Email Instructing Bullard (dated 1-26-18) |
| 91 | | | | | Selected Responses from Defendant's Responses to Plaintiff's First Requests for Admissions |
| 92 | | | | | Selected Answers from Defendant's First Amended Answers to Plaintiff's First Interrogatories |
| 93 | | | | | Selected Response from Defendant's Responses to Plaintiff's Second Requests for Admission |
| 94 | | | | | Selected Answers from Defendant's Answers to Plaintiff's Second Interrogatories |
| 95 | | | | | Selected Answers from Defendant's Answers to Plaintiff's Third Interrogatories |
| | | | | | |
| | | | | | |
| | | | | | |